HENRY MANDEL, Appellant, _v._ GUARDIAN HOLDING COMPANY, INC., Defendant, and NATIONAL ASSOCIATION BUILDING CORPORATION, Respondent.

_Specific performance — contract — real property — option for purchase of real property — sufficiency of terms and conditions of option to constitute, if accepted, an enforcible agreement._

_Mandel_ v. _Guardian Holding Co., Inc._, 200 App. Div. 767, affirmed. (Argued October 9, 1922; decided October 24, 1922.)

APPEAL from a judgment, entered May 1, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department which modified and affirmed as modified an order of Special Term granting

a motion, by defendant, respondent, for judgment upon the pleadings, and for a dismissal as to it of the amended and supplemental complaint, by striking from such order permission to plaintiff to serve an amended complaint. The action was for specific performance of an alleged written agreement to convey real property and involved the interpretation of a letter written by the defendant Guardian Holding Company, Inc., in which it was alleged the latter gave the plaintiff an " option to purchase the premises situate at 471–3 Fifth Ave. and 4–6 East 41st Street, New York City, for a period of sixty days," for the consideration of $1,200,000. The question was whether the option was so complete as to its terms and conditions as to constitute, if accepted within the time provided, an enforcible agreement. Also motion for re-argument of motion to dismiss appeal. (See 234 N. Y. 533.)

*Joseph J. Corn, Louis Franklin Lee* and *Bernard H. King* for appellant.

*Louis Salant* and *Joseph J. Cunningham* for respondent.

Judgment affirmed, with costs. Motion for re-argument of motion to dismiss appeal from judgment in favor of Guardian Holding Company, Inc., denied, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.